

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00806-CV

Amado **ABASCAL** III,
Appellant

v.

Rodolfo Flores **GALVAN** and G&M Logistics Corp.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-11-27955-MCVAJA
Honorable David A. Berchelmann, Jr., Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to April 8, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Gabriel Gonzalez                        Christopher C. Peterson
        Lopez Peterson, PLLC.                   Lopez Peterson, PLLC
        101 West Hillside, Suite 1              Colonnade Square 1
        Laredo, TX 78041-3141                   101 West Hillside Road, Suite 1
                                                Laredo, TX 78041

        Carlos R. Soltero
        McGinnis, Lochridge & Kilgore, LLP
        600 Congress Ave., Ste 2100
        Austin, TX 78701